Yolanda M. MERLA, Plaintiff–Counter
Defendant–Appellant,

v.

SAN ANTONIO INDEPENDENT
SCHOOL DISTRICT, et al., Defen-
dants–Counter Claimants–Appellees.

Yolanda M. Merla, Plaintiff–Appellant,

v.

San Antonio Independent School
District, Defendant–
Appellee.

No. 05–50479.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided May 26, 2006.

Yolanda M. Merla, San Antonio, TX, pro
se.

James M. Heidelberg, Philip Marzec,
Escamilla & Poneck, Malinda Ann Gaul,
Gaul & Dumont, San Antonio, TX, for
Defendants–Counter Claimants–Appellees.

Before JOLLY, DAVIS, and OWEN,
Circuit Judges.

W. EUGENE DAVIS, Circuit Judge: *

Plaintiff Yolanda Merla appeals the dis-
missal on motion for summary judgment of
her employment related claims against the
San Antonio Independent School District
and two of its employees. Merla's case
arises from the termination of her employ-
ment after she exhausted the school dis-
trict's two year disability limit and failed to
return to work. Based on our review of
the district court's opinion, the briefs and
the record, we conclude that the district
court did not err in granting summary
judgment in favor of the defendants and
dismissing Merla's claims.

Assuming Merla's termination was an
adverse employment action, Merla failed to
present sufficient evidence to establish a
prima facie case of Title VII gender dis-
crimination or retaliation, age discrimina-
tion under the ADEA, or § 1983 violation
of due process in relation to handling of six
grievances Merla filed with the Texas Ed-
ucation Agency. The district court also
did not err in dismissing Merla's pendant
state claims without prejudice. Merla
raised no objections to dismissal of her
other claims against the defendants. In
summary, the district court properly con-
cluded that Merla failed to established that
the termination of her employment was
based on anything other than a neutral,
non-discriminatory policy of limiting dis-
ability leave. Nothing in Merla's Rule 59
motion undermines that conclusion.

Merla's pro se briefs raise numerous
complaints about the deficiency of her at-
torney's representation. However, this
appeal is not the appropriate forum to
address those issues.

Accordingly, for the reasons stated
above and in the district court's Memoran-
dum Opinion filed July 21, 2004 and Mem-
orandum Opinion and order filed February
14, 2005, we affirm the judgment of the
district court.[1]

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

1. We deny appellant's motions for sanctions
and to correct procedural errors and subse-

---

quent rulings and pleadings.